152 A.3d 756

CAREY

v.

ESTATE OF TURECAMO

Pet. Docket No. 440, Sept. Term, 2016

Court of Appeals of Maryland.

January 23, 2017

Dismissed by the Court of Special Appeals (No. 1126, Sept. Term, 2016)

Petition for writ of certiorari dismissed

■

152 A.3d 756

CARTNEY

v.

HOY

Pet. Docket No. 385, Sept. Term, 2016

Court of Appeals of Maryland.

January 23, 2017

(No. C–02–CV–16–000335, Circuit Court for Anne Arundel County)

Petition for writ of certiorari denied